254 February 26, 2025 No. 159

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

SHANE ALLEN BOYD,
*Petitioner,*

*v.*

BOARD OF PAROLE AND POST-PRISON
SUPERVISION,
*Respondent.*
A185027

Submitted January 10, 2025.

Rankin Johnson and Rankin Johnson Law, LLC filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Reversed and remanded.

**EGAN, J.**

Petitioner seeks judicial review of a final order of the Board of Parole and Post-Prison Supervision (board) that set his sex offender notification level at Level 3. We reverse and remand the board's final order.[1]

The board concedes that it erred in assessing petitioner's risk of reoffending without considering his offense-free time in the community. We agree with and accept the concession. Under our decisions in *Thomsen v. Board of Parole*, 333 Or App 703, 554 P3d 308, *rev den*, 373 Or 81 (2024), and *Allen v. Board of Parole*, 334 Or App 447, 557 P3d 178, *rev den*, 373 Or 121 (2024), the board was required to assess petitioner's present risk of reoffending. The appropriate remedy is to reverse and remand to the board for further proceedings. *Thomsen*, 333 Or App at 717.

Reversed and remanded.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.